[No. 15397-1-II.   Division Two.   February 23, 1993.]

LESTER E. KRUEGER, ET AL, *Respondents*, v. THE
DEPARTMENT OF HEALTH, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-02111-1, Daniel J. Berschauer, J., entered September 27, 1991. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.

[No. 11516-0-III.   Division Three.   February 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME
CASTILLO ESQUIVEL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00418-5, Michael W. Leavitt, J., entered March 29, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11891-6-III.   Division Three.   February 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS
GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-8-00839-7, Michael E. Schwab, J. Pro Tem., entered September 5, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.